UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRADFORD STAPLES,<br>    Plaintiff,<br><br>V.<br><br>NEW JERSEY PROPERTY<br>LIABILITY AND INSURANCE<br>GUARANTY ASSOCIATION,<br>    Defendant. | DOCKET NO. 05 11251 NG |

### AFFIDAVIT OF COMPLIANCE WITH MASS.R.CIV.P. 4(f)

I, Jennifer David, do hereby attest to and depose the following:

1. I am attorney of record representing Bradford Staples, Plaintiff in the above entitled matter.

2. Pursuant to Massachusetts Rule of Civil Procedure 4(e), on October 17, 2005, my office mailed a copy of the Summons and Complaint to Defendant, New Jersey Property Liability and Insurance Guaranty Association, via certified mail, return receipt requested.

3. Attached hereto is a copy of the return receipt signed by Defendant, NJPLIGA, demonstrating personal delivery.

Signed under the pains and penalties of perjury this 26th day of October, 2005.

                                                      Jennifer David, Esq.

### CERTIFICATE OF SERVICE

I, Jennifer David, counsel for Plaintiff, do hereby certify that on this 26th day of October, 2005, I caused to be served a true copy of the foregoing document upon Defendant, by mailing same, first class mail, postage pre-paid to their counsel of record:

2

Arthur E. Maravelis, Esq.
Gibson and Behman, P.C.
One Mountain Road
Burlington, MA 01803
781-229-6667

_____
Jennifer David, Esq.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): V. Ristoppa    C. Date of Delivery |
| 1. Article Addressed to:<br>Joseph Dellafera<br>Exec. Dir<br>NJ PLIGA         OCT 24 2005<br>222 Mount Airy Rd<br>Basking Ridge NJ<br>07920 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>RECEIVED<br>OCT 20 2005<br>N.J.PLIGA<br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0001 6229 6861 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# UNITED STATES DISTRICT COURT

_____ District of __MASSACHUSETTS__

BRADFORD STAPLES
    V.

NEW JERSEY PROPERTY LIABILITY
AND INSURANCE GUARANTY ASSOCIATION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 11251 NG

TO: (Name and address of Defendant)
    NEW JERSEY PLIGA
    222 Mount Airy Road
    Basking Ridge, NJ 07920

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Timothy G. Lynch, Esq.
    Swartz McKenna & Lynch, LLP
    45 School Street
    Boston, MA 02108
    (617) 367-2882

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON          JUN 16 2005

CLERK          DATE

(By) DEPUTY CLERK