# EXHIBIT A

# SWARTZ McKENNA & LYNCH LLP

*Counsellors at Law*
*Old City Hall*
*45 School Street · Boston, MA 02108*
*Telephone 617-367-2882 · Facsimile 617-367-2289*
*www.swartzmckennalynch.com*

July 18, 2005

VIA CERTIFIED MAIL
NO. 7000 0600 0020 8560 8969
RETURN RECEIPT REQUESTED

Ms. Trisha Young
New Jersey Property Liability Insurance Guaranty Association
222 Mount Airy Road
Basking Ridge, NJ 07920

| | | |
|---|---|---|
| RE: | Your Insured: | P&A Logistics, Inc. |
| | Policy #: | CA 507569-99 |
| | Claim #: | 4165-17 |
| | DOL: | 7/25/00 |
| | Our Client: | Bradford Staples |
| | Out File #: | 1156 |

Dear Ms. Young:

Enclosed herewith please find the following documents regarding the above captioned matter:

1. Copy of the Notice of Lawsuit and Request for Waiver of Service of Summons;

2. Copy of the original Complaint;

3. Two copies of the Waiver of Service of Summons; and

4. Our self-addressed, stamped envelope.

Should you have any questions regarding this matter, please do not hesitate to contact this office.

Very truly yours,

Jennifer David

JD/dmm
Enc.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRADFORD STAPLES,<br>  Plaintiff,<br><br>V.<br><br>NEW JERSEY PROPERTY<br>LIABILITY AND INSURANCE<br>GUARANTY ASSOCIATION,<br>  Defendant. | DOCKET NO. 05-11251NG |

NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

TO: Ms. Trisha Young, as agent of the New Jersey Property Liability and Insurance Guaranty Association.

  A lawsuit has been commenced against the New Jersey Property Liability and Insurance Guaranty Association, on whose behalf you have been designated. A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the District of Massachusetts and has been assigned docket number 05-11251NG.

  This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within thirty (30) days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope for your use. An extra copy of the waiver is also attached for your records.

  If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before sixty (60) days from the date designated below as the date on which this notice is sent (or before ninety (90) days from that date if your address is not in any judicial district of the United States).

  If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require the New Jersey

Property Liability and Insurance Guaranty Association to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

    I affirm that this request is being sent to you on behalf of the plaintiff, this 18th day of July, 2005.

                                                          Jennifer David, Esq.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): V. Kristoffia   C. Date of Delivery |
| 1. Article Addressed to:<br>Trisha Young<br>NJPLIGA<br>222 Mount Airy Rd<br>Basking Ridge NJ<br>07920 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>RECEIVED<br>JUL 21 2005<br>N.J.P.L.I.G.A.<br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7000 0600 0020 8560 8969 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7000 0600 0020 8560 8969

Article Sent To:

| Postage | $ | |
|---|---|---|
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Name (Please Print Clearly) (to be completed by mailer)
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, July 1999       See Reverse for Instructions

# SWARTZ McKENNA & LYNCH LLP

*Counsellors at Law*

*Old City Hall*

*45 School Street · Boston, MA 02108*

*Telephone 617-367-2882 · Facsimile 617-367-2289*

*www.swartzmckennalynch.com*

August 16, 2005

VIA CERTIFIED MAIL
NO. 7000 0600 0020 8560 9058
RETURN RECEIPT REQUESTED

Mr. Joseph Dellafera
Executive Director
New Jersey Property Liability Insurance Guaranty Association
222 Mount Airy Road
Basking Ridge, NJ 07920

      RE:    Your Insured: P&A Logistics, Inc.
               Policy #:     CA 507569-99
               Claim #:      4165-17-B
               DOL:          7/25/00
               Our Client:   Bradford Staples
               Out File #:   1156

Dear Mr. Dellafera:

      On or around July 18, 2005, we forwarded the below to Ms. Trisha Young, via certified mail, return receipt requested. The claim was transferred for handling to Claims Examiner, Efrain C. Moran. To date, the Waiver of Service has not been received.

      I am forwarding the following documents to your attention. Kindly execute the Waiver of Service and Summons within the time permitted by the Federal Rules of Civil Procedure.

      1.    Copy of the Notice of Lawsuit and Request for Waiver of Service of Summons;

      2.    Copy of the original Complaint;

      3.    Two copies of the Waiver of Service of Summons; and

      4.    Our self-addressed, stamped envelope.

Mr. Joseph Dellafera
August 16, 2005
Page 2


      Should you have any questions regarding this matter, please do not hesitate to contact this office.


                Very truly yours,

                Jennifer David

JD/dmm
Enc.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRADFORD STAPLES,  )
    Plaintiff,  )
                           )
V.  )    DOCKET NO. 05-11251NG
                           )
NEW JERSEY PROPERTY  )
LIABILITY AND INSURANCE  )
GUARANTY ASSOCIATION,  )
    Defendant.  )

## NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

TO:   Mr. Joseph Dellafera, as Executive Director of the New Jersey Property Liability and Insurance Guaranty Association.

      A lawsuit has been commenced against the New Jersey Property Liability and Insurance Guaranty Association, on whose behalf you have been designated. A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the District of Massachusetts and has been assigned docket number 05-11251NG.

      This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within thirty (30) days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope for your use. An extra copy of the waiver is also attached for your records.

      If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before sixty (60) days from the date designated below as the date on which this notice is sent (or before ninety (90) days from that date if your address is not in any judicial district of the United States).

      If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require the New Jersey

Property Liability and Insurance Guaranty Association to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this  16  day of August, 2005.

Jennifer David, Esq.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>V. Rstoppa |
| 1. Article Addressed to:<br>Joseph Dellafera<br>NJ PLIGA<br>222 Mount Airy Rd<br>Basking Ridge NJ<br>07920 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>**RECEIVED**<br>**AUG 23 2005**<br>**N.J.P.L.I.G.A.**<br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7000 0600 0020 8560 9058 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Name (Please Print Clearly) (to be completed by mailer)
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7000 0600 0020 8560 9058

PS Form 3800, July 1999           See Reverse for Instructions

# EXHIBIT B

# SWARTZ McKENNA & LYNCH LLP
*Counsellors at Law*

*Old City Hall*
*45 School Street · Boston, MA 02108*
*Telephone 617-367-2882 · Facsimile 617-367-2289*
*www.swartzmckennalynch.com*

October 17, 2005

VIA CERTIFIED MAIL
NO. 7004 2510 0001 6229 6861
<u>RETURN RECEIPT REQUESTED</u>

Mr. Joseph Dellafera
Executive Director
New Jersey Property Liability Insurance Guaranty Association
222 Mount Airy Road
Basking Ridge, NJ 07920

      RE:   Your Insured:  P&A Logistics, Inc.
              Policy #:       CA 507569-99
              Claim #:       4165-17-B
              DOL:          7/25/00
              Our Client:    Bradford Staples
              <u>Out File #:    1156</u>

Dear Sir/Madam:

     Pursuant to Mass. R. Civ. P. 4(e), the following documents are being served upon you as a named Defendant in the above-captioned matter:

     1.     Copy of Summons;

     2.     Copy of the Complaint; and

     3.     Copies of the Cover Sheets.

     Please be advised that Defendant has failed to return the Affidavit of Waiver of Service sent on June 21, 2005, July 15, 2005, and August 17, 2005, and that the enclosed Summons and Complaint are being served pursuant to F.R.C.P. 5(e)(1) and (h)(1); and Mass. Gen. Laws ch. 223A, et seq. Since we filed suit, we have been advised by both Efrain Moran of NJPLIGA and then NJPLIGA's counsel, Arthur Maravelis, that the waiver would be provided to us. We have granted NJPLIGA the courtesy of many extensions to submit this waiver, but to date it has not been submitted.

NJPLIGA
October 17, 2005
Page 2

      Should you have any further questions regarding this matter, please do not hesitate to call.

                                  Very truly yours,

                                  Donna M. Morelli
                                  Assistant to Timothy G. Lynch

/me
enc.
Cc:    Arthur E. Maravelis, Esq. (w/ enc.)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X /s/ — ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): V. Ristoppa   C. Date of Delivery |
| 1. Article Addressed to:<br>Joseph Dellafera<br>Exec. Dir<br>NJ PLIGA                    OCT 24 2005<br>222 Mount Airy Rd<br>Basking Ridge NJ<br>07920 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>RECEIVED<br>OCT 20 2005<br>N.J.P.L.I.G.A.<br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0001 6229 6861 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRADFORD STAPLES,<br>    Plaintiff,<br><br>V.<br><br>NEW JERSEY PROPERTY<br>LIABILITY AND INSURANCE<br>GUARANTY ASSOCIATION,<br>    Defendant. | DOCKET NO. 05 11251 NG |

## AFFIDAVIT OF COMPLIANCE WITH MASS.R.CIV.P. 4(f)

I, Jennifer David, do hereby attest to and depose the following:

1. I am attorney of record representing Bradford Staples, Plaintiff in the above entitled matter.

2. Pursuant to Massachusetts Rule of Civil Procedure 4(e), on October 17, 2005, my office mailed a copy of the Summons and Complaint to Defendant, New Jersey Property Liability and Insurance Guaranty Association, via certified mail, return receipt requested.

3. Attached hereto is a copy of the return receipt signed by Defendant, NJPLIGA, demonstrating personal delivery.

Signed under the pains and penalties of perjury this 26th day of October, 2005.

_____
Jennifer David, Esq.

## CERTIFICATE OF SERVICE

I, Jennifer David, counsel for Plaintiff, do hereby certify that on this 26th day of October, 2005, I caused to be served a true copy of the foregoing document upon Defendant, by mailing same, first class mail, postage pre-paid to their counsel of record:

2

Arthur E. Maravelis, Esq.
Gibson and Behman, P.C.
One Mountain Road
Burlington, MA 01803
781-229-6667

_____
Jennifer David, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BRADFORD STAPLES,<br>　　Plaintiff,<br><br>V.<br><br>NEW JERSEY PROPERTY<br>LIABILITY AND INSURANCE<br>GUARANTY ASSOCIATION,<br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | DOCKET NO. 05 11251 NG |

## PLAINTIFF'S REQUEST FOR DEFAULT
## PURSUANT TO FED. R. CIV. P. 55(a)

　　NOW COMES the Plaintiff, Bradford Staples and respectfully requests this Honorable Court enter Judgment against the Defendant, New Jersey Property Liability and Insurance Guaranty Association ("PLIGA"). Pursuant to Fed. R. Civ. P. 55(a), the Plaintiff is entitled to a Default Judgment when Defendant fails to "plead or otherwise defend as provided by these rules..."

　　AS GROUNDS therefore, Plaintiff states that on June 9, 2005 he filed his action for Declaratory Judgment against Defendant, NJPLIGA. In full compliance with Fed. R. Civ. P., 4(d), Plaintiff served the Complaint and a Request for Waiver of Service Defendant twice, on July 18, 2005 and August 16, 2005, (**Exhibit A**). In each case, Defendant failed to return its Waiver of Service within the thirty-day deadline pursuant to Fed. R. Civ. P. 4(d)(2). This failure forced the Plaintiff to incur the costs of formally serving Defendant on October 17, 2005 pursuant to Fed. R. Civ. P., 4(e)(1) and 4(h)(1), and Mass. Gen. Laws ch. 223A, *et seq.* (**Exhibit B**). On October 26, 2005, the Plaintiff duly filed his Affidavit of Service on Defendant. (**Exhibit C**).

To date, despite knowledge of this Action, since July 18, 2005, Defendant has failed to Answer the Complaint. The twenty (20)-day deadline for serving Defendant's Answer to the Complaint has lapsed pursuant to 12(a)(1)(A). Additionally, even if the Defendant has procedurally complied with Fed. R. Civ. P. 4(d)(2), the sixty (60)-day deadline for serving an Answer to Plaintiff's Complaint has also lapsed.

WHEREFORE, the Plaintiff respectfully requests that Default Judgment be entered in the sum certain of $ against the Defendant New Jersey Property Liability and Insurance Guaranty Association.

Respectfully submitted,
The Plaintiff, Bradford Staples,
By his attorneys,

Dated: 11/17/05

/s/ Jennifer David
Fredric A. Swartz, Esq.
Timothy G. Lynch, Esq.
Jennifer David, Esq.
SWARTZ MCKENNA & LYNCH, LLP
45 School Street, 3RD Floor
Boston, MA 02108
Tel: 617-367-2882
Fax: 617-367-2289

## CERTIFICATE OF SERVICE

I, Jennifer David, counsel for Plaintiff, do hereby certify that on this 17th day of November, 2005, I caused to be served a true copy of the foregoing Request for Default upon Defendant, by mailing same, first class mail, postage pre-paid to their counsel of record:

Arthur E. Maravelis, Esq.
Gibson and Behman, P.C.
One Mountain Road
Burlington, MA 01803
781-229-6667

/s/ Jennifer David
Jennifer David, Esq.