UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRADFORD STAPLES,           )<br>       Plaintiff          )<br>v.                          )<br>                            )<br>NEW JERSEY PROPERTY         )<br>LIABILITY AND INSURANCE     )<br>GUARANTY ASSOCIATION,       )<br>       Defendants         ) | C.A. NO.: 05-11251 NG |

ANSWER AND JURY DEMAND OF THE DEFENDANT NEW JERSEY
PROPERTY LIABILITY AND INSURANCE GUARANTY ASSOCIATION

FIRST DEFENSE

The Plaintiff's Complaint fails to state a claim against the Defendant, New Jersey Property Liability and Insurance Guaranty Association (hereinafter "NJPLIG") upon which relief can be granted and should therefore be dismissed.

SECOND DEFENSE

The Defendant, NJPLIG, responds to the allegations set forth in the Plaintiff's Complaint, paragraph by paragraph, as follows:

The Defendant is without knowledge or information sufficient to form a belief as to the allegations set forth in the first paragraph of Plaintiff's Complaint.

As to the first three (3) paragraphs of the Complaint, defendant admits judgment entered against Security Indemnity's insureds in the amount of $1,413,059.96 and that Security Indemnity was declared in solvent. Defendant denies the remaining allegations in these paragraphs, and responds to plaintiff's enumerated allegations as follows:

1. The Defendant is without knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph of Plaintiff's Complaint.

2. The Defendant admits the allegations set forth in the first two sentences of this paragraph of Plaintiff's Complaint. The Defendant is without knowledge or information sufficient to form a belief as to the allegations set forth in the last sentence of Plaintiff's Complaint.

3. The defendant admits the allegations in this paragraph.

4. The Defendant is without knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph of Plaintiff's Complaint.

5. This paragraph of Plaintiff's Complaint seeks a conclusion of law to which no response is required.

6. The Defendant denies the allegations set forth in this paragraph of Plaintiff's Complaint.

7. The Defendant denies the allegations set forth in this paragraph of Plaintiff's Complaint.

8. This paragraph of Plaintiff's Complaint seeks a conclusion of law to which no response is required.

9. The Defendant denies the allegations set forth in this paragraph of Plaintiff's Complaint.

10. The Defendant is without knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph of Plaintiff's Complaint.

11. The Defendant is without knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph of Plaintiff's Complaint.

12. The Defendant is without knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph of Plaintiff's Complaint.

13. The Defendant is without knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph of Plaintiff's Complaint.

14. The Defendant is without knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph of Plaintiff's Complaint.

15. The Defendant is without knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph of Plaintiff's Complaint.

16. The Defendant admits the allegations in this paragraph.

17. The Defendant is without knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph of Plaintiff's Complaint.

18. The Defendant admits the allegations set forth in this paragraph of Plaintiff's Complaint.

19. The Defendant denies the allegations set forth in this paragraph of Plaintiff's Complaint.

Applicable Law

20. (a) – (c)    These paragraphs of Plaintiff's Complaint contain averments of law to which no responses are required.

21. This paragraph of Plaintiff's Complaint seeks a conclusion of law which the Defendant need not provide.

22. This paragraph of Plaintiff's Complaint seeks a conclusion of law which the Defendant need not provide.

23. This paragraph of Plaintiff's Complaint seeks a conclusion of law which the Defendant need not provide.

24.     This paragraph of Plaintiff's Complaint seeks a conclusion of law which the Defendant need not provide. Insofar as a response is required, it is denied.

25.     The Defendant denies the allegations set forth in this paragraph of Plaintiff's Complaint.

Prayer for Relief

WHEREFORE, the Defendant denies the Plaintiff is entitled to judgment in any amount or kind.

### THIRD DEFENSE

In further answering and by way of affirmative defense, the Defendant states this is not a covered claim as defined by N.J.S.A. 17:30A-5.

### FOURTH DEFENSE

In further answering and by way of affirmative defense, the Defendant states they had no notice of the underlying claim and no opportunity to defend such claim.

### FIFTH DEFENSE

In further answering and by way of affirmative defense, the Defendant states that if the Plaintiff suffered damages, such damages were caused by someone for whose conduct the Defendant is not responsible.

WHEREFORE, the Defendant denies the Plaintiff is entitled to judgment in any kind of manner.

### THE DEFENDANT DEMANDS A TRIAL BY JURY ON ALL ISSUES

5

| | |
|---|---|
| Dated: November 18, 2005 | Respectfully submitted<br>The Defendant<br>By its Attorneys<br><br>/s/ Arthur E. Maravelis<br>Arthur E. Maravelis (564673)<br>GIBSON & BEHMAN, P.C.<br>1 Mountain Road<br>Burlington, MA 01803<br>(781) 229-6667 |

SIC128ANSWER

5