UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRADFORD STAPLES,  )  <br> Plaintiff  ) <br> v.  ) <br>   ) <br> NEW JERSEY PROPERTY  ) <br> LIABILITY AND INSURANCE  ) <br> GUARANTY ASSOCIATION,  ) <br> Defendants  ) | C.A. NO.: 05-11251 NG |

DEFENDANT'S OPPOSITION TO PLAINTIFF'S REQUEST FOR DEFAULT
AND MOTION TO EXTEND THE TIME TO ANSWER
===

As grounds, defendant says:

1. This is a reach and apply action to secure insurance proceeds to satisfy a default judgment secured in an underlying personal injury case. The liability insurer in the underlying case is insolvent and the claim has ceded to defendant.

2. The judgment in the underlying case exceeds $1million dollars, but there is a $300,000 statutory cap on benefits furnished by defendant. Additionally, the judgment amount is offset by any other amounts recovered by plaintiff, including uninsured motorist benefits. Defendant is investigating whether plaintiff recovered benefits from any other source.

3. Defense counsel is presently and has been working with plaintiff's counsel to resolve this matter.

4. On October 31, 2005 defense counsel served on plaintiff's counsel a waiver of service summons executed by a representative of defendant.

5. Defense counsel believed an Answer was due within twenty (20) days of serving the waiver.

6. Defense counsel has today filed an Answer, a copy of which is attached.

7. Plaintiff has suffered no prejudice by any delay in the filing of the Answer.

WHEREFORE, defendant respectfully requests this Honorable Court furnish it the following relief:

1. extend the period of time to serve and file an answer through November 18, 2005;

2. deny plaintiff's motion for default; and

3. such other and further relief as may be just.

Dated: November 18, 2005

Respectfully submitted

The Defendant
By its Attorneys

/s/ Arthur E. Maravelis
Arthur E. Maravelis (BBO#564673)
GIBSON & BEHMAN, P.C.
1 Mountain Road
Burlington, MA 01803
(781) 229-6667

SIC128oppmotdefault

Case 1:05-cv-11251-NG    Document 6    Filed 11/18/2005    Page 3 of 3

SIC128oppmotdefault