UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
BRADFORD STAPLES,                )
        Plaintiff,               )
                                 )
V.                               )        DOCKET NO. 05 11251 NG
                                 )
NEW JERSEY PROPERTY              )
LIABILITY AND INSURANCE          )
GUARANTY ASSOCIATION,            )
        Defendant.               )
_____ )

## PLAINTIFF'S MOTION TO WITHDRAW REQUEST FOR DEFAULT

Plaintiff withdraws his Request for Default at this time as Plaintiff and Defendant are trying to resolve this matter.

Respectfully submitted,
Plaintiff, Bradford Staples,
By his attorneys,

Dated:      11/21/05              _____/s/ Jennifer David_____
                                 Fredric A. Swartz, Esq.
                                 Timothy G. Lynch, Esq.
                                 Jennifer David, Esq.
                                 SWARTZ MCKENNA & LYNCH, LLP
                                 45 School Street, 3RD Floor
                                 Boston, MA 02108
                                 Tel: 617-367-2882
                                 Fax: 617-367-2289

## CERTIFICATE OF SERVICE

I, Jennifer David, counsel for Plaintiff, do hereby certify that on this 21st day of November, 2005, I caused to be served a true copy of the foregoing document upon Defendant, by mailing same, first class mail, postage pre-paid to their counsel of record:

Arthur E. Maravelis, Esq.
Gibson and Behman, P.C.
One Mountain Road
Burlington, MA 01803
781-229-6667


                              /s/ Jennifer David
                              Jennifer David