UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# ORDER OF REFERENCE

**Bradford Staples**

    v.

CA/CR No. <u>05-11251 -NG</u>

**New Jersey Property Liability, et al**

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **DEIN** for the following proceedings:

( )    Referred for full pretrial case management, including all dispositive motions.

**(XX )**    **Referred for full pretrial case management, <u>not</u> including dispositive motions:**

(A)    Referred for discovery purposes only.

(B)    Referred for Report and Recommendation on:

    ( ) Motion(s) for injunctive relief
    ( ) Motion(s) for judgment on the pleadings
    ( ) Motion(s) for summary judgment
    ( ) Motion(s) to permit maintenance of a class action
    ( ) Motion(s) to suppress evidence
    ( ) Motion(s) to dismiss
    ( ) Post Conviction Proceedings[1]
    See Documents Numbered: _____

(C)    Case referred for events only. See Doc. No(s). _____

(D)    Case referred for settlement.

(E)    Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
    ( ) In accordance with Rule 53, F.R.Civ.P.
    ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(F)    **Special Instructions:**   16.b and all pretrial

12/14/05                                           By:    s/ Maryellen Molloy
Date                                                     Deputy Clerk

---

[1]