UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRADFORD STAPLES,<br>    Plaintiff,<br><br>V.<br><br>NEW JERSEY PROPERTY<br>LIABILITY AND INSURANCE<br>GUARANTY ASSOCIATION,<br>    Defendant. | DOCKET NO. 05 11251 NG |

## JOINT MEMORANDUM OF THE PARTIES
## FOLLOWING A CONFERENCE PURSUANT TO LOCAL RULE 16.1

NOW COME the parties, Bradford Staples, and New Jersey Property Liability and Insurance Guaranty Association, and hereby advise this Court that the parties have agreed to settle the above matter in the amount of Two-Hundred-Eighty-Thousand Dollars ($280,000.00). The Plaintiff has been advised by Defendant that the settlement funds will be shortly forthcoming, however the Plaintiff is unable to file a stipulation of dismissal until they are in receipt of settlement funds.

The parties further state that they are required to appear on January 17, 2006 with, among other things, a proposed discovery schedule. As the parties have entered into a written settlement agreement, the issue of a proposed discovery schedule is moot at this time. Upon receipt of the settlement funds, the parties will immediately file a stipulation of dismissal with this Court.

The parties will appear as required by this Court on January 17, 2006.

Respectfully submitted,

| | |
|---|---|
| Plaintiff, Bradford Staples,<br>By his attorneys, | Defendant, NJPLIGA,<br>By its attorneys, |
| */s/ Fredric A. Swartz*<br>Fredric A. Swartz, Esq.<br>Timothy G. Lynch, Esq.<br>Jennifer David, Esq.<br>SWARTZ MCKENNA & LYNCH, LLP<br>45 School Street, 3RD Floor<br>Boston, MA 02108<br>Tel: 617-367-2882<br>Fax: 617-367-2289 | */s/ Arthur E. Maravelis (jd w/pm)*<br>Arthur E. Maravelis, Esq.<br>Gibson and Behman, P.C.<br>One Mountain Road<br>Burlington, MA 01803<br>Tel: 781-229-6667 |

Dated: January 12, 2006

## CERTIFICATE OF SERVICE

I, Jennifer David, counsel for Plaintiff, do hereby certify that on this 12th day of January, 2006, I caused to be served a true copy of the foregoing document upon Defendant, by mailing same, first class mail, postage pre-paid to their counsel of record:

Arthur E. Maravelis, Esq.
Gibson and Behman, P.C.
One Mountain Road
Burlington, MA 01803
781-229-6667

*/s/ Jennifer David*
Jennifer David, Esq.