UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRADFORD STAPLES,           )<br>      Plaintiff          )<br>v.                                          )<br>                                              )<br>NEW JERSEY PROPERTY   )<br>LIABILITY AND INSURANCE  )<br>GUARANTY ASSOCIATION,  )<br>      Defendants       ) | C.A. NO.: 05-11251 NG |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of the Federal Rules of Civil Procedure 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice and without interest or costs, the parties waving all rights to appeal.

The Defendant
By its Attorneys


/s/ Arthur E. Maravelis
Arthur E. Maravelis
GIBSON & BEHMAN, P.C.
1 Mountain Road
Burlington, MA 01803
(781) 229-6667

The Plaintiff
By his Attorneys


/s/ Jennifer David
Jennifer David
Timothy G. Lynch
Swartz McKenna & Lynch, LLP
45 School Street
Boston, MA 02108
(617) 367-2882

SIC128stipofdismissal